UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.     CASE NO. 8:08-cr-337-T-30EAJ

VICTOR THOMAS CLAVIZZAO,

    Defendant.

## **FORFEITURE MONEY JUDGMENT**

THIS CAUSE comes before the Court upon the filing of the Motion (Dkt. #24) of the United States of America for entry of a Forfeiture Money Judgment in the amount of $5,946,300.00 USD, which, at sentencing, shall be a final order of forfeiture as to the defendant Victor Thomas Clavizzao.

The Court, being fully advised in the premises, hereby finds that the government has established that the defendant obtained $5,946,300.00 in proceeds as a result of the conspiracy to commit mail fraud, wire fraud, and bank fraud, in violation of 18 U.S.C. § 371, for which the defendant pled guilty in Count One of the Information. Accordingly, it hereby

**ORDERED**, **ADJUDGED**, and **DECREED** that for good cause shown, the motion (Dkt. #24) of the United States is GRANTED.

It is further **ORDERED** that defendant Victor Thomas Clavizzao is personally liable for a forfeiture money judgment in the amount of $5,946,300.00 USD, pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2).

It is further **ORDERED** that the United States may seek forfeiture of any of the defendant's property up to the value of the $5,946,300.00 money judgment as substitute assets in satisfaction of this judgment, pursuant to the provisions of 21 U.S.C. § 853(p) and Fed. R. Crim. P. Rule 32.2(e).

The Court shall retain jurisdiction to enter any orders necessary for the forfeiture and disposition of any substitute assets, pursuant to 21 U.S.C. § 853(p) and Fed. R. Crim. P. Rule 32.2(e), in satisfaction of such money judgment, and to entertain any third party claims that may be asserted in those proceedings.

**DONE** and **ORDERED** in Tampa, Florida on January 20, 2009.

/s/ James S. Moody, Jr.
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record

F:\Docs\2008\08-cr-337.clavizzao mfj.wpd