UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

VICTOR THOMAS CLAVIZZAO,

    Defendant.

Case No. 8:08-cr-337-T-30EAJ

## **AMENDED FORFEITURE MONEY JUDGMENT**

THIS CAUSE comes before the Court upon the filing of the Motion (Doc. 31) of the United States of America to Amend the Forfeiture Money Judgment entered by this Court against defendant Victor Thomas Clavizzao on January 20, 2009. (Doc. 26).

The Court, being fully advised in the premises, hereby finds that the government has established that the defendant obtained $5,946,300.00 in proceeds as a result of the conspiracy to commit mail fraud, wire fraud, and bank fraud, in violation of 18 U.S.C. § 371, to which the defendant pled guilty in Count One of the Information. Accordingly, it hereby

**ORDERED**, **ADJUDGED**, and **DECREED** that for good cause shown, the motion (Doc. 31) of the United States is GRANTED.

It is further **ORDERED** that defendant Victor Thomas Clavizzao is jointly and severally liable, with his co-conspirator, Mark Lawrence Lepzinsky, for a forfeiture

money judgment in the amount of $5,946,300.00 USD, pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2).

It is further **ORDERED** that the United States may seek forfeiture of any of the defendant's property up to the value of the $5,946,300.00 money judgment as substitute assets in satisfaction of this judgment, pursuant to the provisions of 21 U.S.C. § 853(p) and Fed. R. Crim. P. Rule 32.2(e).

The Court retains jurisdiction to enter any orders necessary for the forfeiture and disposition of any substitute assets, pursuant to 21 U.S.C. § 853(p) and Fed. R. Crim. P. Rule 32.2(e), in satisfaction of such money judgment, and to entertain any third party claims that may be asserted in those proceedings.

**DONE** and **ORDERED** in Tampa, Florida on February 10, 2009.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2008\08-cr-337.amended fj 31.wpd